NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS

Pursuant to Rule 31 of the Local Rules of the District of Rhode Island for the United States District Court, Petitioner McLaughlin & Moran, Inc. submits the following list of actions and proceedings known to counsel for McLaughlin & Moran, Inc. as of this date:

Federal Court Actions – Rhode Island

1. C.A. No. 03-148/L    Tammy Passa, Alias, Walter Castle, Jr., Alias and Cheryl Rossi, Next-Of-Kin of Decedent, Joseph E. Rossi v. Jeffrey Derderian, Michael Derderian, DERCO, d/b/a The Station, Manic Music Management, Inc., Jack Russell, Paul Woolnough, Knight Records, Inc., Anheuser-Busch Companies, McLaughlin and Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnik, GmbH, American Foam Corporation, WJHY-FM, Clear Channel Communications, Inc., Town of West Warwick, Dennis Larocque, Individually and in his capacity as Fire Inspector for the Town of West Warwick, State of Rhode Island, Irving J. Owens, Individually and in his capacity as Fire Marshall for the State of Rhode Island, Triton Realty Limited Partnership, Triton Realty, Inc. and John Does 1 through 100.

2. C.A. No. 03-CV-208/L    Ronald Kingsley, as parent and next friend of Zoe Jean Kingsley, a minor, and on behalf of all beneficiaries of Lisa Kelly, Decedent, v. Jeffrey Derderian, Michael Derderian, DERCO, d/b/a The Station, Manic Music Management, Jack Russell, Mark Kendell, David Filice, Eric Powers, Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Inc., McLaughlin and Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnik GmbH, American Foam Corporation, WHJY-FM, Clear Channel Communications, Inc. and Does 1-100.

Federal Court Actions - Connecticut

1. C.A. No. 03-CV-999    Estate of Jude B. Henault, by Chad M. Henault and Angela Boggs, Co-Adminis.; Angela Boggs, Individually; Rachel M. Henault, ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr., by Madeliene P. Miceli, Admin.; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Admins.; Deborah Gerfin, Individually; Laura Gerfin, Individually; Kelly Gerfin, ppa Deborah Gerfin; Nancy Noyes; Caroline Telgarsky, Admin. of Estate of Sarah Jane Telgarsky, Individually; Glenn Johnson; Lisa Johnson; and Melanie Holliday v. American Foam Corporation; Barry H. Warner, Triton Realty Limited Partnership; Jeffrey Derderian; Michael Derderian; DERCO, LLC; Manic Music Management, Inc.; Jack Russell; Mark Kendall; David Filice; Eric Powers;

Daniel Bichele; Paul Woolnough; Knight Records, Inc.; Anheuser-Busch Companies, Inc.; McLaughlin & Moran, Inc.; Luna Tech, Inc.; Luna Tech Pyrotechnic GmbH; Clear Channel Communications, Inc., d/b/a WHJY-FM; Strawberries, Inc.; Citadel Communications Corporation d/b/a WQGN-FM; Motiva Enterprises, LLC; Shell Oil Company; Town of West Warwick; Dennis Larocque; State of Rhode Island and Irving J. Owens.

Rhode Island State Actions

| | |
|---|---|
| 1. M.P. 03-1326 | Petition of Luis F. Alves & Mary A. Alves (statutory beneficiaries of Louis S. Alves, deceased), Robert W. Rager. Petitioners intend to present civil claims and sought (1) court order authorizing their investigative team to enter premises of The Station to conduct forensic examination and investigation and (2) permission to subpoena WPRI-TV for all video recordings made at The Station on February 20, 2003. |
| 2. M.P. 03-1346 | Petition of Judith O'Brien (mother of Robert J. Reisner, deceased), Lawrence Fick (father and guardian of minor children of Charlene Fick, deceased), Deborah Lemay, Claire Bruyere (mother of Bonnie Hamelin, deceased), Nancy A. Lee (mother of Christopher Prouty, deceased), Michael Perreault. Petitioners intend to present civil claims and have retained a team of fire investigation professionals who wish to conduct on-site investigation. Sought (1) permission for experts to enter site and conduct forensic fire investigation; (2) permission to subpoena WPRI-TV for all video recordings made at The Station on February 20, 2003. |
| 3. M.P. 03-1401 | Petition of Renee C. Walton (temporary guardian of Gina Gauvin). Petitioner intends to present civil claim and has retained fire investigation expert. Petition seeks permission (1) for expert to enter site to conduct a forensic fire investigation and (2) to subpoena WPRI-TV for all video recordings made at The Station on February 20, 2003. |
| 4. M.P. 03-1431 | Petition of unnamed manufacturers and providers of certain products or services who are not yet but may be named as defendants in litigation arising out of fire at The Station (a/k/a "Unnamed Defendants"). The petition seeks court's permission for investigative team to enter premises of The Station to conduct forensic examination and investigation under the same conditions as other parties and potential parties to litigation arising out of The Station fire. |

5. C.A. No. PC-03-1084    Linda Roderiques (as wife of Donald Roderiques, deceased), Linda Roderiques (as mother & next friend of Mandi Roderiques, daughter of Donald Roderiques, deceased), Desiree Phillips (as guardian & next friend of Kayla Marie Dorothy Abbenante Ayer, daughter of Tina Marie Ayer, deceased), Eric Malardo, Michelle Malardo, Joseph Rossi (on behalf of Louis Rossi, deceased), Richard Sanetti, Patricia Sanetti, Barbara Guindon, George Guindon, Barbara Guindon, George Guindon, Barbara Guindon (as mother of Erica Guindon), Christopher Scott, Julianna Gaven, Steven Bruno, Michelle Spence, Michelle Spence (as mother and next friend of Hailey Spence) v. Dennis Larocque, Individually and as Fire Inspector for the Town of West Warwick; ERCO d/b/a "The Station"; Manic Music Management, Inc.; Foamex International; General Foam Corporation; American Foam Co.; Luna Tech, Inc.; Luna Tech Pyrotechnik, GmbH; Michael Derderian; Jeffrey Derderian; State of Rhode Island; Irving J. Owens, Individually and in his capacity as Fire Marshall for the State of Rhode Island.