STATE OF RHODE ISLAND                                    SUPERIOR COURT
PROVIDENCE, SC.

IN RE:  THE STATION FIRE IN        :   M.P. NO. 03-1326
        WEST WARWICK               :   M.P. NO. 03-1346
                                   :   M.P. NO. 03-1431

## INTERIM PRE-TRIAL DISCOVERY PLAN

On June 25, 2003, this Court issued a written decision prohibiting discovery until a Pre-Trial Discovery Plan was approved and adopted by this Court. This Court will adopt and approve this Interim Pre-Trial Discovery Plan to allow limited discovery until its adoption and approval of a Pre-Trial Discovery Plan. Therefore, it is hereby Ordered:

1.  Potential Parties will be allowed to obtain documents and items by the use of subpoena duces tecum depositions in accordance with R.C.P. 45. Potential Parties, and all subpoenaed individuals and entities, shall have all of the rights and privileges provided by R.C.P. 45. The depositions shall be conducted only for the stated purpose of obtaining documents and related items. Therefore, only questions related to the identity of documents, their location and effort made to locate them, and to determine the identity of potential defendants are permitted, and no other testimony will be asked for or elicited without further order of this Court.

2.  Notice of the depositions shall be provided to each attorney on the attached certification list at least seven (7) business days before the date set forth in the subpoena.

3.  The deposition transcripts will be made available to any Interested Party upon payment of the applicable stenographic

True Copy Attest

FILED
HENRY S. KINCH JR., CLERK

2003 JUL 14 A 9 40

Office of Clerk, Superior Court
Counties of Providence & Bristol
Providence

charges. Any Interested Party may attend through counsel but may not participate in the depositions unless their identity is disclosed. After such time as a person or entity has been deposed, that person or entity may not be deposed further by a disclosed party under this Interim Pre-Trial Discovery Plan or the Pre-Trial Discovery Plan without leave of the Court. Interested parties that are not identified at the depositions may seek to re-depose a person or entity after such time as they have been served with a summons and complaint.

ENTERED:                                    ORDERED:

/s/ Gibney                                  /s/ Phyllis Warner
Date: 7/14/03                                    Asst Clerk

PRESENTED BY:

/s/ Max Wistow
Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI   02903
Phone: (401) 831-2700
Fax:   (401) 272-9752

True Copy Attest

/s/
Office of Clerk of Superior C
Counties of Providence & B
Providence Rhode Island

-2-

Scott Hubbell, Esq.
SUMMERS LAW OFFICE
PO Box 306
Franklin, MA   02038-0306

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA   02110

Stefanie Larivee-DiMaio, Esq.
James Howe, Esq.
GRILLI & DIMAIO
215 Broadway
Providence, RI   02903

Patrick C. Lynch, Attorney General
Department of Attorney General
150 South Main Street
Providence, RI   02903

Eva Marie Mancuso, Esq.
387 Atwells Avenue
Providence, RI   02909

Mark S. Mandell, Esq.
Yvette Boisclair, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI   02903

Daniel P. McKiernan, Esq.
The Francis Building
146 Westminster Street
Providence, RI   02903

Donald A. Migliori, Esq.
NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE
321 South Main Street
Suite 402
Providence, RI   02903

Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI   02907

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
38 Huntington Street
PO Box 1351
New London, CT   06320

True Copy Attest

*[signature]*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

-4-

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON, CURRAN, LLP
146 Westminster Street
Providence, RI   02903

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI   02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI   02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI   02886

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI   02903

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI   02903-3987

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI   02910

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI   02886

Amy Scheeley, Esq.
LAW OFFICE OF DONALD E. GREENE
2235 Washington Street
Roxbury, MA   02119

Randall L. Souza, Esq.
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI   02903

True Copy Attest

*[signature]*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI    02816

*[signature]*

True Copy Attest

*[signature]*

 ⸺ Superior Court
 ⸺ & Bristol