**UNITED STATES DISTRICT COURT**
DISTRICT OF RHODE ISLAND
JOHN O. PASTORE FEDERAL BUILDING
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903-1779

RONALD R. LAGUEUX
SENIOR JUDGE

March 30, 2004

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Dear Mr. Beck:

   Pursuant to 28 U.S.C.A. § 1369(e), I hereby give notice to the Panel that I have taken jurisdiction in the Station Nightclub fire cases.

   Enclosed is a copy of my decision for the edification and benefit of the Multidistrict Panel.

                                        Very truly yours,

                                        Ronald R. Lagueux
                                        Senior Judge

RRL:jlc

Enclosure (1)